**REVERSE and REMAND and Opinion Filed {Date}**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01147-CV

**ROSS STORES, INC., ROSS DRESS FOR LESS, INC., AND STEVEN FUENTES, Appellants**

**V.**

**FREDDIE PRICE, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-03907-B**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Nowell
Opinion by Chief Justice Burns

This is an appeal from the trial court's order denying Ross Stores, Inc., Ross Dress For Less, Inc., and Steven Fuentes's motion to compel arbitration of the claims brought against them by Freddie Price. The parties have settled the issue on appeal and have filed a joint motion for disposition of the appeal. We grant the motion. In accordance with the parties' agreement and without regard to the merits, we reverse the trial court's order denying the motion to compel arbitration and remand the case to the trial court for entry of an order (1) compelling Price to submit her claims to arbitration in accordance with the Ross Dress For Less, Inc. Texas Injury Benefit

Plan and Ross Dress For Less, Inc. Texas Injury Benefit Plan Summary Plan Description and (2) staying Price's claims in the trial court action until the completion of arbitration. *See* TEX. R. APP. P. 42.1(a)(2)(A).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

191147F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ROSS STORES, INC., ROSS DRESS FOR LESS, INC., AND STEVEN FUENTES, Appellants

No. 05-19-01147-CV      V.

FREDDIE PRICE, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-18-03907-B.

Opinion delivered by Chief Justice Burns, Justices Whitehill and Nowell participating.

In accordance with this Court's opinion of this date and **WITHOUT REGARD TO THE MERITS**, we **REVERSE** the trial court's order denying Ross Stores, Inc., Ross Dress For Less, Inc., and Steven Fuentes's motion to compel arbitration and **REMAND** the case to the trial court for entry of an order (1) compelling Freddie Price to submit her claims to arbitration in accordance with the Ross Dress For Less, Inc. Texas Injury Benefit Plan and Ross Dress For Less, Inc. Texas Injury Benefit Plan Summary Plan Description and (2) staying Price's claims in the trial court action until the completion of arbitration.

As agreed by the parties, we **ORDER** that each party bear its own costs of this appeal.

Judgment entered May 1, 2020.